AO 247 (Rev. 03/19) - Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:21-cr-00156-ADA-BAM   Document 49   Filed 01/30/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
для the

__EASTERN__ District of __CALIFORNIA__

United States of America )
v. )
) Case No: 1:21-cr-00156-001
KEITH DELRAY BREAZELL )
) USM No: 47934-509
Date of Original Judgment: 12/19/2022 )
Date of Previous Amended Judgment: )  Peggy Sasso, Assistant Federal Defender
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __37__ months **is reduced to** __30 months__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __12/23/2022__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/12/2024

*Jennifer L. Thurston*
*Judge's signature*

Effective Date: 02/01/2024     Honorable District Judge Jennifer L. Thurston
*(if different from order date)*     *Printed name and title*