PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>                  v.<br><br>KEITH DELRAY BREAZELL,<br><br>                     Defendant. | CASE NO. 1:21-CR-00156<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS<br><br>Hearing Date: June 14, 2024<br>Hearing Time: 2:00 p.m. |

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:     Keith Delray Breazell

Detained at (custodian):     Madera County Jail

Detainee is:

a.)     [X] charged in this district by:          [] Indictment   ☐ Information   [X] Petition for Violation of Supervised Release

or

b.)     ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:

a.)     [ ] return to the custody of detaining facility upon termination of proceedings or

b.)     [X] be retained in federal custody until final disposition of federal charges.

WRIT OF HABEAS CORPUS

1

1. Appearance is necessary on **June 14, 2024, at 2:00 p.m.** in the Eastern District of California.
2. Dated:  June 11, 2024
3.     Signature:           /s/ Justin J. Gilio
4.     Printed Name:        Justin J. Gilio
5.     Attorney of Record for:   United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on June 14, 2024**, for an appearance at **2:00 p.m** and the detainee shall be retained in federal custody until final disposition of federal charges.

Dated: 6/11/2024

*Sheila K. Oberto*
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if applicable): | |
| Inmate ID #: 1196742 | ☒ Male  ☐ Female |
| Facility Address: 14191 Rd 28, Madera, CA 93638 | DOB: 12/08/1989 |
| Facility Phone: (559) 675-7951 | Race: |
| Currently Incarcerated For: | FBI#: |

**RETURN OF SERVICE**
Executed on: _____

_____
(signature)

WRIT OF HABEAS CORPUS                         3