1  Robert C Lamanuzzi, Esq (#213673)
   Attorney at Law
2  1330 L Street, Suite D
   Fresno, CA 93721
3  Telephone: (559) 492-0009

4
   Attorney for Defendant: Keith Delray Breazell
5
                          UNITED STATES DISTRICT COURT
6
                         EASTERN DISTRICT OF CALIFORNIA
7

8
   UNITED STATES OF AMERICA,                No.  1-21-cr-00156-NODJ
9
                 Plaintiff,
10
                                            **MOTION TO TERMINATE CJA
11 KEITH DELRAY BREAZELL                    APPOINTMENT OF ROBERT LAMANUZZI
                                            AS ATTORNEY OF RECORD AND ORDER**
12               Defendant.

13

14

15

16         On March 22nd, 2024, Defendant Keith Delray Breazell was charged with violating the

17 terms of his supervised release.  CJA Panel Attorney Robert Lamanuzzi was appointed as trial

18 counsel to represent Mr. Breazell on March 28th, 2024.  Mr. Breazell was sentenced on July 29th,

19 2024. The time for filing a direct appeal was August 12th, 2024**.**  No direct appeal was filed. Mr.

20 Breazell was in custody at sentencing. Mr. Breazell was remanded into the custody of the Bureau

21 of Prisons as directed on July 29th, 2024.  The trial phase of Mr. Breazell criminal case has,

22 therefore, come to an end.   Having completed his representation of Mr. Breazell, CJA attorney

23 Robert Lamanuzzi now moves to terminate his appointment under the Criminal Justice Act.

24         Should Mr. Breazell require further legal assistance he has been advised to contact the

25 Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

26 Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-

27 free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

28

Dated: 10/10/2024                                     Respectfully submitted,


                                           /s/ Robert Lamanuzzi
                                           Robert Lamanuzzi, Attorney for
                                           Defendant, Keith Delray Breazell

**ORDER**

Having reviewed the notice and found that attorney Robert Lamanuzzi has completed the services for which he was appointed, the Court hereby grants attorney Lamanuzzi`s request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Keith Breazell at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Keith Delray Breazell BOP # 47934-509
U.S. Probation Office
Robert E. Coyle Federal Courthouse
2500 Tulare St., Suite 3401
Fresno, CA 93721

**IT IS SO ORDERED**

**Date: October 14, 2024**

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE