**HENNESSY LAW GROUP**
Timothy P. Hennessy, State Bar No. 286317
l2l7 "L" Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Email : tph@hennessyatlaw. com

Attorney for:
**KEITH BREAZELL**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00156-TLN-BAM-1 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |
| **KEITH BREAZELL** | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, JUDGE TROY L. NUNLEY AND JUSTIN GILIO, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, KEITH BREAZELL, by and through his attorney of record, Timothy Hennessy, hereby requesting that the sentencing hearing currently set for Monday, April 27, 2026, be continued to Monday, May 4, 2026.

Defense counsel trial schedule has changed, prior date was inadvertently scheduled. I have spoken to AUSA Justin Gilio and USPO Adrian Garcia, and they have no objection to continuing the matter.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: April 22, 2026

*/s/ Timothy Hennessy*
TIMOTHY HENNESSY
Attorney for Defendant
Keith Breazell

1

DATED: April 22, 2026

*/s/Justin Gilio*
JUSTIN GILIO
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDER that the sentencing hearing currently set for Monday, April 27, 2026, be continued to Monday, May 4, 2026, at 9:30 a.m. in Courtroom 5 before Chief District Judge Troy L. Nunley.

Dated: April 22, 2026

_____
Troy L. Nunley
Chief United States District Judge